```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22068
   MARIA ORTIZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2345

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/22/2008 and was not confirmed.

     The case was dismissed without confirmation 10/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CAVALRY PORTFOLIO SERV    UNSECURED       1475.07          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        423.43          .00           .00
COMMONWEALTH EDISON       UNSECURED       2258.62          .00           .00
US CELLULAR               UNSECURED        697.37          .00           .00
LEGAL ASSISTANCE FOUNDAT  DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------       --------------
TOTALS                      .00                       .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```